

```
arnelnieva.ind

LEONARDO M. RAPADAS
United States Attorney
KARON V. JOHNSON
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Avenue
Hagatna, Guam 96910
TEL: (671) 472-7332
FAX: (671) 472-7334

Attorneys for the United States of America
```



**FILED**
DISTRICT COURT OF GUAM

JAN 0 9 2008

**JEANNE G. QUINATA**
Clerk of Court

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | CRIMINAL CASE NO. 08-00001 |
| Plaintiff, | **INDICTMENT** |
| vs. | **FELON IN POSSESSION OF FIREARM** [18 U.S.C. § 922(g)(1)] |
| ARNEL MAVERICK NIEVA, | **FELON IN POSSESSION OF AMMUNITION** [18 U.S.C. § 922(g)(1)] |
| Defendant. | |

THE GRAND JURY CHARGES THAT:

### COUNT I - FELON IN POSSESSION OF FIREARM

On or about December 31, 2007, in the District of Guam, the defendant herein, ARNEL MAVERICK NIEVA, having been convicted of the felony offense of Robbery in the First Degree on September 22, 1986, under Superior Court of Washington for King County Case No. 86-1-02346-8, and the felony offense of Possession of Stolen Property in the Second Degree on March 16, 1990, under Superior Court of Washington for King County Case No. 89-1-06042-2, did unlawfully and knowing possess in and affecting commerce, a firearm, to wit: a Beretta .380 caliber pistol, model 84BB, serial number D38873Y, which firearm had been shipped and transported in interstate or foreign commerce,

All in violation of Title 18, United States Code, Section 922(g)(1).

## COUNT II - POSSESSION OF AMMUNITION BY A FELON

On or about December 31, 2007, in the District of Guam, the defendant herein, ARNEL MAVERICK NIEVA, having been convicted of the felony offense of Robbery in the First Degree on September 22, 1986, under Superior Court of Washington for King County Case No. 86-1-02346-8, and the felony offense of Possession of Stolen Property in the Second Degree on March 16, 1990, under Superior Court of Washington for King County Case No. 89-1-06042-2, did unlawfully and knowing possess in and affecting commerce, ammunition, to wit: nine rounds of .380 caliber bullets, which had been shipped and transported in interstate or foreign commerce,

All in violation of Title 18, United States Code, Section 922(g)(1).

DATED this __9th__ day of January, 2008.

A TRUE BILL.



Foreperson

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and NMI

By: _____
KARON V. JOHNSON
Assistant U.S. Attorney

Reviewed:

By: _____
JEFFREY J. STRAND
First Assistant U.S. Attorney

**Criminal Case Cover Sheet**  U.S. District Court

**Place of Offense:**

City: Hagåtña

Country/Parish: ____

**Related Case Information:**

Superseding Indictment ____ Docket Number ____
Same Defendant __X__  New Defendant ____
Search Warrant Case Number ____
R 20/ R 40 from District of ____

**08-00001**

**Defendant Information:**

Juvenile: Yes ____ No __X__  Matter to be sealed: ____ Yes __x__ No

Defendant Name: Arnel Maverick NIEVA

Alias Name: ____

Address: ____
Chalan Pago, Guam

Birthdate: Xx/xx/1964  SS#: xxx-xx-8877  Sex: M  Race: A  Nationality: Filipino

**U.S. Attorney Information:**

AUSA: Karon V. Johnson

**Interpreter:** __X__ No ____ Yes  List language and/or dialect: ____

**Location Status:**

Arrest Date: ____

☐ Already in Federal Custody as of ____ in ____

☐ Already in State Custody

☐ On Pretrial Release

**U.S.C. Citations**

Total # of Counts: __2__  ____ Petty ____ Misdemeanor __X__ Felony

| | Index Key/Code | Description of Offense Charged | Count(s) |
|---|---|---|---|
| Set 1 | 18 USC 922(g)(1) | Felon in Possession of Firearms | 1 |
| Set 2 | 18 USC 922(g)(1) | Felon in Possession of Ammunition | 2 |
| Set 3 | | | |
| Set 4 | | | |

(May be continued on reverse)

Date: 1/9/08  Signature of AUSA: *Karon V. Johnson*