


```
 1  LEONARDO M. RAPADAS
    United States Attorney
 2  KARON V. JOHNSON
    Assistant U.S. Attorney
 3  Suite 500, Sirena Plaza
    108 Hernan Cortez Avenue
 4  Hagåtña, Guam 96910
    TEL: (671) 472-7332
 5
 6  Attorneys for the United States of America
```

# IN THE UNITED STATES DISTRICT COURT

# FOR THE TERRITORY OF GUAM

| UNITED STATES OF AMERICA, | ) CRIMINAL CASE NO. 08-00001 |
|---|---|
| Plaintiff, | ) |
| vs. | ) **MOTION FOR WRIT OF HABEAS** |
| ARNEL MAVERICK NIEVA, | ) **CORPUS AD PROSEQUENDUM** |
| Defendant. | ) |

The United States of America, by and through undersigned counsel, hereby moves this Honorable Court for an order for a Writ of Habeas Corpus Ad Prosequendum. The defendant, ARNEL MAVERICK NIEVA, is now in the custody of the Territorial Detention Center and that said prisoner is required to appear before this Court on January 11, 2008, at 9:45 a.m. for his initial appearance in the United States District Court of Guam and whenever necessary hereafter to attend court appearances in the above-entitled case and upon completion of said prosecution and/or court appearances and/or upon further order of the court, return said prisoner to his place of confinement.

Dated this 9th day of January 2008.

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and NMI

By: _____
KARON V. JOHNSON
Assistant U.S. Attorney