LEONARDO M. RAPADAS
United States Attorney
KARON V. JOHNSON
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Avenue
Hagåtña, Guam 96910
TEL: (671) 472-7332

Attorneys for the United States of America

# IN THE UNITED STATES DISTRICT COURT

# FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CRIMINAL CASE NO. 08-00001 |
| Plaintiff, | ) |
| vs. | ) **WRIT OF HABEAS CORPUS** |
| ARNEL MAVERICK NIEVA, | ) **AD PROSEQUENDUM** |
| Defendant. | ) |

TO: OFFICER IN CHARGE
    Territorial Detention Center
    Territory of Guam

This Court finds that ARNEL MAVERICK NIEVA is now in the custody of the Territorial Detention Center and that said prisoner is required to appear before this Court on January 11, 2008, at 9:45 a.m. for his initial appearance/arraignment on the federal charges in the United States District Court of Guam.

**IT IS HEREBY ORDERED** that the Officer in Charge of the Territorial Detention Center or his authorized agent or any Federal law enforcement agent shall produce ARNEL MAVERICK NIEVA, before this Court on January 11, 2008 at 9:45 a.m. and whenever

1 | necessary hereafter to attend court appearances in the above-entitled case and upon completion
2 | of said prosecution and/or court appearances and/or upon further order of the court, return said
3 | prisoner to his place of confinement.

**IT IS SO ORDERED.**



**/s/ Joaquin V.E. Manibusan, Jr.**
**U.S. Magistrate Judge**
**Dated: Jan 09, 2008**