# IN THE DISTRICT COURT OF GUAM
# TERRITORY OF GUAM
# CRIMINAL MINUTES
# INITIAL APPEARANCE

CASE NO.: CR-08-00001　　　　　　　　　　DATE: January 11, 2008

**HON. FRANCES M. TYDINGCO-GATEWOOD, Chief Judge, Presiding**

| | |
|---|---|
| Law Clerk: Judith P. Hattori | Court Recorder: Walter M. Tenorio |
| Courtroom Deputy: Walter Tenorio | Electronically Recorded: 9:51:06 - 10:14:57 |
| CSO: J. McDonald | |

**APPEARANCES:**

Defendant: Arnel Maverick Nieva　　　　　Attorney: Curtis Van de veld and Cynthia Ecube

☑ Present ☑ Custody ☐ Bond ☐ P.R.　　　☑ Present ☑ Retained ☐ FPD ☐ CJA

U.S. Attorney: Karon Johnson　　　　　　U.S. Agent:
U.S. Probation: Grace Flores　　　　　　　U.S. Marshal: D. Punzalan/T. Muna
Interpreter:　　　　　　　　　　　　　　　Language:

**PROCEEDINGS: Initial Appearance on an Indictment and Arraignment**
- Defendant sworn and examined.
- Defendant arraigned and advised of his rights, charges and penalties.
- Defendant waives reading of <u>Indictment</u>.
- Plea entered: <u>Not guilty</u>
- Trial set for: <u>3/11/2008 at 9:30 a.m.</u>
- Request for Bail: Denied.
- Defendant remanded to the custody of the U.S. Marshals Service.
- Detention hearing set for is set for <u>1/18/2008 at 9:30 a.m.</u>

NOTES: