%AO 442 (Rev. 08/07) Warrant for Arrest

# UNITED STATES DISTRICT COURT

District of _____ GUAM _____

UNITED STATES OF AMERICA

V.

ARNEL MAVERICK NIEVA

**WARRANT FOR ARREST**

Case Number: CR-08-00001

**RECEIVED**
JAN 10 2008
**US MARSHALS SERVICE-GUAM**

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _____ ARNEL MAVERICK NIEVA _____
Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☑ Indictment ☐ Information ☐ Complaint ☐ Order of court

☐ Pretrial Release Violation Petition ☐ Probation Violation Petition ☐ Supervised Release Violation ☐ Violation Notice

**FILED**
DISTRICT COURT OF GUAM
JAN 11 2008
JEANNE G. QUINATA
Clerk of Court

charging him or her with (brief description of offense)

Felon in Possession of Firearm, 18 U.S.C. § 922(g)(1), Count 1

Felon in Possession of Ammunition, 18 U.S.C. § 922(g)(1), Count 2

☐ in violation of Title _____ United States Code, Section(s) _____

☐ in violation of the conditions of his or her pretrial release imposed by the court.

☐ in violation of the conditions of his or her supervision imposed by the court.

| MARILYN B. ALCON | *Marilyn B. Alcon* (signature) |
|---|---|
| Name of Issuing Officer | Signature of Issuing Officer |
| Deputy Clerk | 01/09/2008  Hagatna, Gua |
| Title of Issuing Officer | Date and Location |

ORIGINAL

### RETURN

This warrant was received and executed with the arrest of the above-named individual at

DOC, AGANA, Guam

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| 01/09/2008 | CHARLES SEDBERRY | |
| DATE OF ARREST | SA | |
| 01/09/2008 | | |

### THE FOLLOWING IS FURNISHED FOR INFORMATION ONLY:

DEFENDANT'S NAME:  ARNEL MAVERICK NIEVA

ALIAS: _____

LAST KNOWN RESIDENCE: _____

LAST KNOWN EMPLOYMENT: _____

PLACE OF BIRTH: _____

DATE OF BIRTH: _____

SOCIAL SECURITY NUMBER: _____

HEIGHT: _____     WEIGHT: _____

SEX: _____     RACE: _____

HAIR: _____     EYES: _____

SCARS, TATTOOS, OTHER DISTINGUISHING MARKS: _____

FBI NUMBER: _____

COMPLETE DESCRIPTION OF AUTO: _____

INVESTIGATIVE AGENCY AND ADDRESS: _____