THE VANDEVELD LAW OFFICES, P.C.
*Mr. Curtis Charles Van de veld, Esq.*
Historical House, Second Floor
123 Hernan Cortes Avenue
Hagåtña, Guam 96910
Telephone: 671.472.4396/488.0888
Facsimile: 671.472.2561

Attorney for Defendant: ARNEL M. NIEVA

In association with:

**Law Offices of Cynthia V. Ecube, Esq.**
*Ms. Cynthia V. Ecube, Esq.*
207 Martyr Street, Suite 3
Hagåtña, Guam 96910
Telephone: 671.472.8889
Facsimile: 671.472.8890

**FILED**
DISTRICT COURT OF GUAM
JAN 1 8 2008
JEANNE G. QUINATA
Clerk of Court

# DISTRICT COURT OF GUAM

## UNITED STATES' UNINCORPORATED TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal Case No. CR08-00001 |
| Plaintiff, | |
| vs. | **NOTICE OF CANCELLATION OF HEARING BY INTERVENING EVENTS HAVING RENDERED HEARING MOOT** |
| ARNEL MAVERICK NIEVA, | |
| Defendant. | |

COMES NOW defendant ARNEL MAVERICK NIEVA through Defendant's counsel, THE VANDEVELD LAW OFFICES, P.C., by Mr. Curtis C. Van de veld, Esq., to advise the court that the hearing previously set for today to consider the transfer of Defendant to federal custody has been rendered moot by intervening events in that the Superior Court of Guam has released that entities detention of the Defendant to federal custody on the detainer and placed
UNITED STATES OF AMERICA, Plaintiff v. ARNEL MAVERICK NIEVA, Defendant
NOTICE OF CANCELLATION OF HEARING BY INTERVENING EVENTS HAVING RENDERED HEARING MOOT
CRIMINAL CASE NO. CR08-00001                                                                                      Page 1

Case 1:08-cr-00001    Document 11    Filed 01/18/2008    Page 1 of 2

ORIGINAL

a detainer on the Defendant in federal custody. Therefore, based on these events, the hearing for today is rendered moot and notice of cancellation is hereby given by Defendant.

Respectfully submitted: Friday, January 18, 2008.

THE VANDEVELD LAW OFFICES, P.C.

_____
Mr. Curtis C. Van de veld, Esq.
Associated Counsel for defendant
Arnel Maverick Nieva

## CERTIFICATE OF SERVICE

I, CURTIS C. VAN DE VELD, certify that I caused a copy of the foregoing document here filed, to be served on counsel for Plaintiff UNITED STATES OF AMERICA on March 13, 2006, via hand delivery at the following address:

Ms. Karon V. Johnson, Esq.
Assistant U.S. Attorney
U.S. Attorney's Office,
District Of Guam
Criminal Division
6th Floor, Sirena Plaza
108 Hernan Cortes Avenue
Hagåtña, Guam 96910

Dated: Friday, January 18, 2008.

THE VANDEVELD LAW OFFICES, P.C.

_____
Mr. Curtis C. Van de veld, Esq.
Associated Counsel for Defendant
**Arnel Maverick Nieva**

CCV:ccv
VLOPC/A.M.NIEVA/cancellation of hearing

UNITED STATES OF AMERICA, Plaintiff v. ARNEL MAVERICK NIEVA, Defendant
NOTICE OF CANCELLATION OF HEARING BY INTERVENING EVENTS HAVING RENDERED HEARING MOOT
CRIMINAL CASE NO. CR08-00001                                                                 Page 2

Case 1:08-cr-00001    Document 11    Filed 01/18/2008    Page 2 of 2