# IN THE DISTRICT COURT OF GUAM
# TERRITORY OF GUAM
# CRIMINAL MINUTES
# CHANGE OF PLEA

CASE NO.: CR-08-00001  DATE: March 04, 2008

HON. JOAQUIN V. E. MANIBUSAN, JR., Magistrate Judge, Presiding
Law Clerk: Judith P. Hattori  Court Recorder: Walter Tenorio
Courtroom Deputy: Walter Tenorio  Electronically Recorded: 9:54:46 - 10:08:23
CSO: B. Pereda

**APPEARANCES:**
Defendant: Arnel Maverick Nieva  Attorney: Curtis Van de veld
☑ Present ☑ Custody ☐ Bond ☐ P.R.  ☑ Present ☑ Retained ☐ FPD ☐ CJA
U.S. Attorney: Karon Johnson  U.S. Agent:
U.S. Probation: Carleen Borja  U.S. Marshal: V. Roman
Interpreter:  Language:

**PROCEEDINGS: Change of Plea**
- Defendant consented to a Rule 11 Plea in a Felony Case before a U.S. Magistrate Judge.
- Plea: Accepted.
- Report and Recommendation executed by the Court.
- Sentencing set for: June 3, 2008 at 10:30 a.m.
- Draft Presentence Report due to the parties: April 29, 2008
- Response to Presentence Report: May 13, 2008
- Final Presentence Report due to the Court: May 27, 2008
- Defendant remanded to the custody of the U.S. Marshals Service for: Detention

NOTES: