# UNITED STATES DISTRICT COURT
# FOR THE
# DISTRICT OF GUAM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | USDC Cr. Cs. No. 08-00001-001 |
| Plaintiff, | ) | |
| vs. | ) | **REQUEST TO CONTINUE SENTENCING HEARING** |
| | ) | |
| ARNEL MAVERICK NEIVA | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

COMES NOW, the United States Probation Officer respectfully requests the Honorable Court for an Order to continue the Sentencing Hearing set for June 2, 2008. The probation officer requests that the Court continue sentencing to August 8, 2008. The continuance is necessary for the defendant, who is detained, to submit his personal and financial records for this officer's review. Both parties have no objections to a continuation.

RESPECTFULLY submitted this <u>13th</u> day of May 2008.

                                                        ROSSANNA VILLAGOMEZ-AGUON
                                                        Chief U.S. Probation Officer

By:  /s/ STEPHEN P. GUILLIOT
                                    U.S. Probation Officer