Mr. Curtis C. Vandeveld, Esq.
THE VANDEVELD LAW OFFICES, P. C.
Second Floor, Historical Building
123 Hernan Cortes Avenue
Hagåtña, Guam 96910
Telephone: (671) 477-2020

CYNTHIA V. ECUBE, ESQ.
LAW OFFICE OF CYNTHIA V. ECUBE, ESQ.
*A Professional Corporation*
207 Martyr Street, Suite 3
Hagåtña, Guam 96910
Telephone: (671) 472-8889/922-8889
Telecopier: (671) 472-8890
Email Address: ecubelaw@netpci.com

*Attorneys for Defendant*
ARNEL MAVERICK NIEVA

**FILED**
DISTRICT COURT OF GUAM
MAY 29 2008
JEANNE G. QUINATA
Clerk of Court

## IN THE DISTRICT COURT OF GUAM
### HAGÅTÑA, GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA ) | CRIMINAL CASE NO. CR08-00001 |
| ) | |
| vs. ) | |
| ) | STIPULATION OF PARTIES TO |
| ARNEL MAVERICK NIEVA, ) | CONTINUE SENTENCING HEARING |
| ) | |
| Defendant. ) | |

The Parties hereby request this Honorable Court to continue the sentencing hearing in this matter, which is presently reset for **August 8, 2008 at 9:30 A. M.** at the request of the Office of U. S. Probation in order to allow Probation to complete its Draft Pre-Sentence Investigation Report.

The reason for said request is that Defendant's Co-Counsel, **CYNTHIA V. ECUBE, ESQ.**, will be off island from August 6, 2008 to August 18, 2008 in order to attend the ABA Annual Conference in New York on behalf of the Guam Bar Association.

/ / /

/ / /

LAW OFFICE OF CYNTHIA V. ECUBE, ESQ., P. C.
U. S. A. v. Arnel M. Nieva; CR08-00001,
*Stipulation for Continuance; Page 2.*

So Stipulated this 29 day of May, 2008.

| | |
|---|---|
| **LAW OFFICE OF CYNTHIA V. ECUBE, ESQ.**<br>*A Professional Corporation*<br><br>By: _____<br>CYNTHIA V. ECUBE, ESQ.<br>*Attorney and Co-counsel for Defendant* | **LEONARDO M. RAPADAS**<br>United States Attorney<br>District of Guam and NMI<br><br>By: _____<br>KARON V. JOHNSON<br>*Assistant U. S. Attorney* |
| **THE VANDEVELD LAW OFFICES, P. C.**<br><br>By: _____<br>CURTIS C. VANDEVELD, ESQ.<br>*Attorney and Co-Counsel for Defendant* | **ROSSANNA VILLAGOMEZ-AGUON**<br><br>By: _____<br>STEPHEN P. GUILLIOT<br>*U.S. Probation Officer* |

CVE/abs
L:\CVE-CLIENTS\Nieva, Arnel M.\Stipulation for Continuance\05.20.08