Mr. Curtis C. Vandeveld, Esq.
THE VANDEVELD LAW OFFICES, P. C.
Second Floor, Historical Building
123 Hernan Cortes Avenue
Hagåtña, Guam 96910
Telephone: (671) 477-2020

CYNTHIA V. ECUBE, ESQ.
LAW OFFICE OF CYNTHIA V. ECUBE, ESQ.
A Professional Corporation
207 Martyr Street, Suite 3
Hagåtña, Guam 96910
Telephone: (671) 472-8889/922-8889
Telecopier: (671) 472-8890
Email Address: ecubelaw@netpci.com

Attorneys for Defendant
ARNEL MAVERICK NIEVA

IN THE DISTRICT COURT OF GUAM

HAGÅTÑA, GUAM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CRIMINAL CASE NO. CR08-00001 |
| | ) | |
| vs. | ) | |
| | ) | ORDER |
| ARNEL MAVERICK NIEVA, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

IT IS APPROVED AND SO ORDERED that the sentencing hearing scheduled for August 8, 2008 is hereby continued to September 9, 2008 at 9:30 a.m.

SO ORDERED.

/s/ Frances M. Tydingco-Gatewood
   Chief Judge
Dated: Jun 05, 2008