arnelnieva5kpsr

LEONARDO M. RAPADAS
United States Attorney
KARON V. JOHNSON
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortes Avenue
Hagåtña, Guam 96910
Telephone: (671) 472-7332
Telecopier: (671) 472-7334

Attorneys for the United States of America

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  vs.<br><br>ARNEL MAVERICK NIEVA,<br><br>  Defendant. | CRIMINAL CASE NO. 08-00001<br><br>**GOVERNMENT'S STATEMENT ADOPTING PRESENTENCE REPORT, MOTION FOR ADDITIONAL ONE-LEVEL DEPARTURE** |

Pursuant to General Order 88-1, as amended by General Orders 93-00006 and 98-00002, the United States adopts the findings of the Presentence Report for the above defendant.

In addition, the United States of America moves this Honorable Court for a one level departure downward from the guidelines sentencing level pursuant to USSG § 3E1.1(b) because the defendant timely notified the government of his intention to enter a plea of guilty, thereby permitting the government to avoid preparing for trial and permitting the court to allocate its resources efficiently. Accordingly, defendant's total offense level will be 17, with a sentencing range of 24-30 months

RESPECTFULLY SUBMITTED this 25th day of August, 2008.

                LEONARDO M. RAPADAS
                United States Attorney
                Districts of Guam and the NMI


              By: /s/ Karon V. Johnson
                KARON V. JOHNSON
                Assistant U.S. Attorney