CURTIS VAN deVELD, ESQ.
THE VAN deVELD LAW OFFICES, P. C.
Second Floor, Historical Building
123 Hernan Cortes Avenue
Hagåtña, Guam 96910
Telephone: (671) 477-2020

LAW OFFICE OF CYNTHIA V. ECUBE, ESQ.
*A Professional Corporation*
207 Martyr Street, Suite 3
Hagåtña, Guam 96910
Telephone: (671) 472-8889
Telecopier: (671) 472-8890
Email Address: ecubelaw@netpci.com

*Attorneys for Defendant*
**ARNEL M. NIEVA**

FILED
DISTRICT COURT OF GUAM
SEP 0 9 2008
JEANNE G. QUINATA
Clerk of Court

## IN THE DISTRICT COURT OF GUAM
## TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CRIMINAL CASE NO. CR08-00001 |
| ) | |
| Plaintiff, ) | |
| ) | DEFENDANT NIEVA'S |
| vs. ) | SUBMISSION OF LETTER OF |
| ) | SUPPORT FOR SENTENCING |
| ARNEL M. NIEVA, ) | |
| ) | |
| Defendant. ) | |

COMES NOW, Defendant, **ARNEL M. NIEVA**, by and through his counsels of record, **CURTIS VAN DEVELD, ESQ.** and **CYNTHIA V. ECUBE, ESQ.**, and hereby submits the following letter of support, which are duly marked and designated as Exhibits "A" for consideration on behalf of the Defendant at Sentencing.

Dated this ___ of September, 2008.

LAW OFFICE OF CYNTHIA V. ECUBE, ESQ.
A Professional Corporation

By: _____
CYNTHIA V. ECUBE, ESQ.
Attorney for Defendant

## CERTIFICATE OF SERVICE

I, **AMBER B. SANCHEZ**, Legal Secretary, working in the Law Office of Cynthia V. Ecube, Esq., P.C., hereby certify that on the 8 day of September, 2008, I caused to be served by facsimile and personal service a copy of " Defendant Nieva's Submission of Letter of Support for Defendnat" in Criminal Case No.: 08-00001.

**KARON JOHNSON, ESQ.**
Assistant U. S. Attorney
U. S. Attorney's Office
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagåtña,, Guam 96910
(671) 472-7334

and to,

**CARLYN BORJA**
United States Probation Officer
United States Probation Office
2nd Floor, District Court
520 W. Soledad Ave.
Hagåtña, Guam 96910

_____
AMBER B. SANCHEZ

CVE\abs
L:Serv...\Crady documents\CVE-Clients-Nieva, Arnel M.\Submission.9.8.08.

Case 1:08-cr-00001   Document 24   Filed 09/09/2008   Page 2 of 3

September 08, 2008

Honorable Frances Tydingco-Gatewood
District Court of Guam
520 West Soledad Avenue,
Hagatna, Guam 96910

Your Honor;

This letter is in request for leniency when sentencing Mr. Arnel Nieva under Case No. CR08-00001.

We have had the pleasure of knowing Mr. Arnel Nieva for four years. Our acquaintances started in 2004 when we were introduced and recommended by my wife's colleague to take care of their only daughter (Faith Hannah) after school hours until his wife gets off from work to pick her up in our house near Saint Anthony Catholic School.

During the years of our friendship, we have known Arnel in many capacities. He is a very responsible husband and a loving father to her daughter. He regularly attends and supports her in and out of school activities and a proud mentor of her capabilities.

Arnel is very friendly, approachable, has sense of humor and lighthearted. He is people oriented and persistently displays courteousness and respect towards others. We personally know him to be generous, giving and helpful person. He is a happy giver and will do his best to be of helped when needed.

We hope that this humble letter will uphold some of Mr. Arnel Nieva's positive characteristics and bring about clemency in his favor during the pronouncement of his sentence.

Thank you for your precious time and kind consideration.

Sincerely,

*Adriano P. Naldoza*  *Salvacion Naldoza*
Mr. Adriano Naldoza Sr.  Mrs. Salvacion Naldoza
SS# 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  SS# 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
(H) # 671-649-6247  (C) # 671-787-0387