CASE NO.: CR-08-00001-001  DATE: September 09, 2008

HON. FRANCES M. TYDINGCO-GATEWOOD, Chief Judge, Presiding
Law Clerk: Kim R. Walmsley  Court Reporter: Wanda Miles
Courtroom Deputy: Carmen B. Santos  Electronically Recorded: 9:40:13 - 9:47:47

**APPEARANCES:**

Defendant: Arnel Maverick Nieva  Attorney: Curtis C. Van de Veld and Cynthia V. Ecube

☑ Present ☑ Custody ☐ Bond ☐ P.R.  ☑ Present ☑ Retained ☐ FPD ☐ CJA

U.S. Attorney: Karon Johnson  U.S. Agent:
U.S. Probation: Stephen Guilliot
Interpreter:  Language:

**PROCEEDINGS: Sentencing**

- Due to untimeliness of Presentence Report and responses, sentencing is continued to 9/23/2008 at 10:30 AM.
- Defendant remanded to the custody of the U.S. Marshals Service.

NOTES: